CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED

October 16, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ Megan Poff
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MALCOLM J. HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:26-cv-00612 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Defendant. | ) | |

---

Plaintiff Malcolm J. Henderson, proceeding *pro se*, filed a civil-rights complaint under 42 U.S.C. § 1983. On August 5, 2026, the court ordered Plaintiff to submit a prisoner trust account report for the six-month period immediately preceding the filing of the complaint. (*See* ECF No. 4.) The court advised Plaintiff that failure to submit the requested information within 30 days would result in the dismissal of this action without prejudice. (*Id.* at 2.)

On September 1, 2026, Plaintiff requested additional time to comply with the court's order. (*See* ECF No. 8.) United States Magistrate Judge Joel C. Hoppe granted the motion and directed Plaintiff to file the trust account information required by the court's order no later than October 13, 2026. (*See* ECF No. 12.)

Plaintiff has failed to submit the required information, and the time for doing so has now passed. Accordingly, the court will dismiss the action without prejudice under Federal Rule of Civil Procedure 41(b) for failure to comply with the court's order. Plaintiff may refile the claims in a separate action, subject to the applicable statute of limitations, once Plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and the accompanying Order to Plaintiff.

**ENTERED** this 16th day of October, 2026.

HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE